1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM ERIK MONROE,

11            Petitioner,                No. CIV S-08-0558 MCE DAD P

12       vs.

13   D.G. ADAMS, Warden,

14            Respondent.               <u>ORDER</u>

15   _____/

16            Petitioner has requested an extension of time to file an opposition to respondent's

17   motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

18            1.  Petitioner's June 30, 2008 motion for an extension of time is granted; and

19            2.  Petitioner shall file an opposition to respondent's motion to dismiss on or

20   before August 10, 2008.

21   DATED: July 8, 2008.

22

23                                      _____

24                                      DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE
25   DAD:9
     monr0558.111opp
26