IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM ERIK MONROE,

    Petitioner,                    No. CIV S-08-0558 MCE DAD P

    vs.

D.G. ADAMS, et al.,

    Respondents.               ORDER

/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Petitioner has informed the court in a letter that he is presently housed in administrative segregation pending a transfer. Petitioner explains that because of that housing situation he is unable to reply effectively to respondent's answer at this time because he does not have to access his legal documents, although he has repeatedly requested them. Good cause appearing, the court will construe petitioner's letter as a request for an extension of time to file and serve a traverse in this matter. The court will grant petitioner thirty days leave to file and serve his traverse. If petitioner needs additional time, he should file another request for an extension of time with the court.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's April 9, 2009 request for an extension of time (Doc. No. 25) is granted; and

2. Petitioner is granted thirty days from the date of service of this order to file and serve his traverse.

DATED: April 22, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
monr0558.111t