IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WILLIAM ERIK MONROE,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>D. G. ADAMS,<br><br>　　　　　　Respondent. | Case No.  2:08-cv-00558-JKS<br><br><br>ORDER |

The Clerk's Office has informed the Court that while the Office of the Attorney General attached a Notice of Lodging to its Answer, filed on March 20, 2009, the documents were not actually furnished to the Clerk's Office.  The Respondent is hereby ordered to furnish the Clerk's Office with all of the Lodged Documents in this case.


Dated: September 07, 2010


_____ /s/ James K. Singleton, Jr. _____

**JAMES K. SINGLETON, JR.**
United States District Judge