IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| WILLIAM ERIK MONROE, | |
|---|---|
| Petitioner, | Case No. 2:08-cv-00558-JKS |
| vs. | |
| D. G. ADAMS, | ORDER |
| Respondent. | |

On September 2, 2010, this Court entered an Order directing Respondent to furnish the Clerk's Office with all of the Proposed Lodged Documents in this case. On November 8, 2010, the Clerk's Office informed this Court that Respondent has not furnished the Proposed Lodged Documents. Respondent shall furnish the Clerk's Office with all of the Proposed Lodged Documents in this case by December 1, 2010, as ordered, or shall show cause why Monroe's petition should not be granted.

**IT IS SO ORDERED**

Dated: November 17, 2010

      /s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge